UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>LUKE ST. MARIE,<br><br>                Defendant. | CASE NO. CR22-0143-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE |

      This matter comes before the Court on Defendant Luke St. Marie's Unopposed Motion to Continue Trial Date and Pretrial Motions Deadline, Dkt. No. 15, as well as his Speedy Trial Waiver, Dkt. No. 15-2. On September 7, 2022, a federal grand jury indicted Mr. St. Marie on four counts of Distribution of a Controlled Substance. Dkt. No. 1 at 1–2; *see* 21 U.S.C. § 841(a)(1). Mr. St. Marie pleaded not guilty to all counts and is currently scheduled to be tried before a jury on November 21, 2022. Dkt. No. 6.

      Defense counsel seeks to continue trial to June 12, 2023 because "[t]he charges in this matter are very serious" and he needs "a significant amount of time to adequately complete the discovery review, investigate the case, prepare motions and prepare for trial." Dkt. No. 15 at 2.

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE - 1

Mr. St. Marie avers that he understands his rights under the Speedy Trial Act and states that "[a]fter consulting with my attorney," he "agree[s] to waive [his] right to a speedy trial through June 30, 2023 and assent to the Court scheduling trial on any date prior to that date." Dkt. No. 15-2 at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and Mr. St. Marie in any speedier trial. Specifically, the Court finds that failure to grant the requested continuance would likely result in a miscarriage of justice and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, due to counsel's need for more time to investigate the matter, to gather evidence material to the defense, to consider possible defenses, and to prepare for trial. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court also finds that the additional time requested is a reasonable period of delay and will be necessary to provide counsel and Mr. St. Marie reasonable time to accomplish these tasks.

For these reasons, the Court GRANTS Mr. St. Marie's Unopposed Motion to Continue Trial Date and Pretrial Motions Deadline, Dkt. No. 15, and ORDERS that trial shall be continued from November 21, 2022 to June 12, 2023. It is further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from the original November 21, 2022 trial date to the new trial date is EXCLUDED when computing the time within which Mr. St. Marie's trial must commence under the Speedy Trial Act. Pretrial motions are due no later than May 1, 2023.

Dated this 6th day of October, 2022.

Lauren King
United States District Judge